IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANNA SOSNINA, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | No. 15-2637 |
| | : | |
| ROBERT D. SCHADEGG | : | |
| *CODE ENFORCER, LOWER* | : | |
| *MORELAND TOWNSHIP* | : | |

## ORDER

AND NOW, this 30th day of March, 2016, upon consideration of Defendant Robert D. Schadegg's Motion to Dismiss and Plaintiffs Anna Sosnina and Larken Rose's response thereto, and following an August 13, 2015, oral argument, and for the reasons set forth in the accompanying Memorandum, it is ORDERED the Motion (Document 3) is GRANTED. Plaintiffs' Complaint (Document 1) is DISMISSED.

The Clerk of Court is DIRECTED to mark this case CLOSED.

BY THE COURT:


/s/ Juan R. Sánchez
Juan R. Sánchez, J.